

The following constitutes the order of the court.
Signed July 18, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>James Amar Singh,<br>        Debtor.<br>_____<br>James Amar Singh,<br>        Plaintiff,<br><br>v.<br><br>Wells Fargo Bank, N.A.,<br>        Defendant.<br>_____ | Case No. 15-40917<br>Chapter 13<br><br><br><br>Adv. Pro. No. 16-04026<br><br>**Hearing Date:** July 20, 2016<br>**Time:** 10:30 a.m. |

**MEMORANDUM RE: HEARING ON MOTION TO DISMISS**

    Upon reviewing the documents filed by both Plaintiff and Defendant in anticipation of the upcoming hearing on Defendant's *Motion to Dismiss Adversary Proceeding* (doc. 13), the Court noted the pendency of the disputed appeal to the Ninth Circuit Court of Appeals (case no. 13-16077) between Plaintiff and Defendant. The Court hereby requests that the parties be prepared to discuss the effect, if any, of the pending appeal on this adversary proceeding at the hearing on July 20, 2016.

**\*END OF MEMORANDUM\***

**Court Service List**