**Entered on Docket**
**May 09, 2017**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed May 8, 2017



William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

In re                                           )    Case No. 15-40917
                                                )    Chapter 13
                                                )
James Amar Singh,                               )
            Debtor.                         )
---------------------------------------------)
                                                )    Adv. Pro. No. 16-04026
James Amar Singh,                               )
            Plaintiff,                      )
                                                )
    v.                                        )
                                                )
Wells Fargo Bank, N.A.,                         )
            Defendant.                      )
---------------------------------------------)

## MEMORANDUM RE: DEFENDANT'S CONSENT TO ENTRY OF FINAL ORDER

Having reviewed the docket in the above-captioned adversary proceeding, the Court notes that Defendant has not yet filed a statement as to whether it does or does not consent to entry of a final order or judgment by the Bankruptcy Court. Although Defendant has alluded to its consent to the Court's entry of a final order both in pleadings and orally at a prior hearing, no official statement has been made in in compliance with Bankruptcy Local Rule 7012-1. The Court hereby requests that Defendant file a statement in compliance with BLR 7012-1 on or before **Friday May 12, 2017**.

### *END OF MEMORANDUM*

**Court Service List**