

The following constitutes the order of the court.
Signed September 29, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>James Singh<br><br>                Debtor.<br>_____<br>James Singh,<br><br>                Plaintiff,<br>    v.<br><br>Wells Fargo Bank,<br><br>                Defendant. | Case No. 15-40917<br>Chapter 13<br><br>Adv. Pro. No. 16-04026 |

## MEMORANDUM REGARDING JUDGMENT

On June 30, 2017, the Court entered an *Order Granting Motion to Dismiss First Amended Complaint* ("the Order") (doc. 30) in the above-captioned adversary proceeding. On July 5, 2017, Defendant Wells Fargo (the prevailing party) filed a *Proposed Document: Judgment of Dismissal* ("the Judgment") (doc. 31). The Judgment was placed on the docket, but Defendant did not take any further steps to notify the Court of the Judgment. The Court was, therefore, unaware of the Judgment until yesterday when the Bankruptcy Appellate Panel ("BAP") notified the Court that Plaintiff has appealed the Order to the BAP, and the uncertainty regarding an entry of final judgment in this matter is hindering the appellate process. Plaintiff has

indicated to the BAP that he would like the Court to enter a final judgment in this matter so that his appeal may continue.

Therefore, the Court plans to enter final judgment pursuant to the Order on October 5, 2017. Parties will have until then to express any objections.

**\*END OF ORDER\***

**Court Service List**